# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2017

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154072 & (18)(24)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GLORIA LYNN COLUMBERT,
        Defendant-Appellant.

SC: 154072
COA: 331152
Wayne CC: 10-005835-FC

_____/

On order of the Court, the motion to supplement is GRANTED. The application for leave to appeal the May 17, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2017

Clerk

d1212